FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2026 JUL 16 PM 3:44
CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**JOANNE PARRA RICKMAN,**

Defendant.

CRIMINAL NO. 26-3279 MIS

18 U.S.C. § 111(a):
Assault Upon a Federal Officer Involving Physical Contact

INFORMATION

The United States Attorney charges:

On or about November 6, 2025, in Doña Ana County, in the District of New Mexico, the defendant, **JOANNE PARRA RICKMAN**, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Jane Doe, an officer and employee of the United States Marshals Service, while Jane Doe was engaged in, and on account of, the performance of Jane Doe's official duties, and such acts involved physical contact with Jane Doe.

In violation of 18 U.S.C. § 111(a).

TODD BLANCHE
Acting Attorney General
RYAN ELLISON
First Assistant United States Attorney

JONATHAN HENRY GENNARI
Assistant United States Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304